**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Andrei Armas, Esq. (299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**CARDOZA LAW CORPORATION**
Michael F. Cardoza, Esq. (194065)
mike.cardoza@cardozalawcorp.com
548 Market Street, #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Frederick C. Anderson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>TRANSUNION CORP., a Delaware limited liability corporation,<br><br>   Defendant. | **Case No.**: 4:16-cv-4120-JSW (SK)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**HON. JEFFREY S. WHITE** |

**NOTICE IS HEREBY GIVEN** that this case has been settled between plaintiff JASON SMITH ("Plaintiff") and defendant TRANSUNION CORP.[1] ("Defendant") (collectively referred to as the "Parties").

The Parties anticipate filing a Joint Stipulation for Dismissal pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) with prejudice as to Plaintiff's individual claims within sixty days.

Accordingly, the Parties request that all pending dates and filing requirements be vacated and that the Court set a deadline for the Parties to file a joint dismissal within 60 days of the Courts Order.

Dated: December 15, 2016                            Respectfully submitted,

                                                    **KAZEROUNI LAW GROUP, APC**

                                                    By: ___/s/ Andrei Armas___
                                                    ABBAS KAZEROUNIAN, ESQ.
                                                    MATTHEW M. LOKER, ESQ.
                                                    ANDREI ARMAS, ESQ.
                                                    ATTORNEYS FOR PLAINTIFF

Dated: December 15, 2016                            Respectfully submitted,

                                                    **SCHUCKIT & ASSOCIATES, P.C.**

                                                    By: ___/s/Franci G. Fealk___
                                                    ANDREW M. LEHMANN, ESQ.
                                                    FRANCI G. FEALK, ESQ.
                                                    ATTORNEYS FOR DEFENDANT

---

[1] Defendant was incorrectly identified as Transunion Corp., but is actually named Trans Union, LLC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel, and that I have obtained defense counsel's authorization to affix defense counsel's electronic signature to this document.

Dated: December 15, 2016                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Andrei Armas___
ANDREI ARMAS, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626

NOTICE OF SETTLEMENT                                                                 3

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 1939 Harrison Street, Suite 912, Oakland, California 94612. On December 15, 2016, I served the within document(s):

## JOINT NOTICE OF SETTLEMENT

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 15, 2016, at Oakland, California.

            ___/s/ Andrei Armas
            ANDREI ARMAS, ESQ.