Andrew M. Lehmann, Esq. (IN #31151-06)
   (admitted *Pro Hac Vice*)
Franci G. Fealk, Esq.  (IN #33894-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com
E-Mail:  ffealk@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion Corp.)*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion Corp.)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JASON SMITH,<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION CORP., a Delaware limited liability company,<br>　　　　Defendant. | CASE NO. 4:16-cv-04120-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

Plaintiffs Jason Smith, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

1  compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed,
2  with prejudice, with each party to bear its own costs and attorneys' fees.
3                 Respectfully submitted,
4
5  Date:  January 27, 3017       */s/ Andrei Armas* (with consent)
                  Abbas Kazerounian, Esq.
6                   Andrei Armas, Esq.
                  Kazerouni Law Group, APC
7                   245 Fischer Avenue, Unit D1
8                   Costa Mesa, CA  92626
                  Telephone:  800-400-6808
9                   Fax:  (800) 520-5523
10                  E-Mail:  ak@kazlg.com
                     andrei@kazlg.com
11
12                  Michael F. Cardoza, Esq.
                  The Cardoza Law Corporation
13                  548 Market Street, #80594
14                  San Francisco, CA  94104
                  Telephone:  415-488-8041
15                  Fax:  415-651-9700
                  E-Mail:
16                  mike.cardoza@cardozalawcorp.com
17                  *Counsel for Plaintiff Jason Smith*
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:16-cv-04120-JSW**

1
2  Date:  January 27, 2017                    */s/ Franci G. Fealk*
3                                             Andrew M. Lehmann, Esq. (IN #31151-06)
                                                 (admitted *Pro Hac Vice*)
4                                             Franci G. Fealk, Esq.  (IN #33894-49)
                                                 (admitted *Pro Hac Vice*)
5                                             Schuckit & Associates, P.C.
                                              4545 Northwestern Drive
6                                             Zionsville, IN  46077
                                              Telephone:  317-363-2400
7                                             Fax:  317-363-2257
                                              E-Mail:  alehmann@schuckitlaw.com
8                                             E-Mail:  ffealk@schuckitlaw.com

9                                             *Lead Counsel for Defendant Trans Union,
                                              LLC (improperly identified as Transunion
10                                            Corp.)*

11                                            David Streza, Esq. (CSB #209353)
                                              Vogl Meredith Burke LLP
12                                            456 Montgomery Street, 20th Floor
                                              San Francisco, CA  94104
13                                            Telephone:  415-398-0200
                                              Fax:  415-398-2820
14                                            E-Mail:  dstreza@vmbllp.com

15                                            *Local Counsel for Defendant Trans Union,
                                              LLC (improperly identified as Transunion
16                                            Corp.)*

17

18                                            *Pursuant to Local Rule 5-1(i)(3), I attest
                                              that concurrence in the filing of this
19                                            document has been obtained from each of
                                              the Signatories.*
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:16-cv-04120-JSW**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Jason Smith and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: January 30, 2017                         _____
                                               JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| Andrei Armas, Esq. Andrei@kazlg.com | David J. Streza, Esq. dstreza@vmbllp.com |
|---|---|
| Michael F. Cardoza, Esq. mike.cardoza@cardozalawcorp.com | Franci G. Fealk, Esq. ffealk@schuckitlaw.com |
| Seyed A. Kazerounian, Esq. ak@kazlg.com | Andrew M. Lehmann, Esq. alehmann@schuckitlaw.com |